IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HOPKINS & SONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. _____ |
| | ) |
| DELAWARE MOVING & STORAGE, INC., | )  Jury Trial Demanded |
| | ) |
| Defendant. | ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Hopkins & Sons, Inc. ("Hopkins"), hereby files its corporate disclosure statement. Hopkins has no parent corporation.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By: _____
James M. Kron  (ID No. 3898)
Daniel F. Wolcott, Jr.  (ID No. 284)
1313 North Market Street--6th Floor
Wilmington, Delaware  19801
(302) 984-6000
Fax:  (302) 658-1192

*Attorneys For Plaintiff Hopkins & Sons, Inc.*

Date:  September 3, 2008

[860507 / 30328]