AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

HOPKINS & SONS, INC.

**SUMMONS IN A CIVIL CASE**

V.

DELAWARE MOVING & STORAGE, INC.

CASE NUMBER: 08 - 556

TO: (Name and address of Defendant)

    Delaware Moving & Storage, Inc.
    (its own agent for service of process)
    4821 Pennington Court
    Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    James M. Kron (#3898) / Daniel F. Wolcott, Jr. (#284)
    Potter Anderson & Corroon LLP
    Hercules Plaza--6th Floor
    1313 North Market Street
    Wilmington, Delaware 19801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO              SEP 0 3 2008

CLERK                                                     DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 9/3/08 |
| NAME OF SERVER (PRINT) JOHN A GARBER | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): PERSONALLY SERVED DELAWARE MOVING + STORAGE, INC AT 4821 PENNINGTON COURT, WILM DE 19808 AT 5:50PM ACCEPTED BY JAMES HOPKINS

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/4/08
           Date           *Signature of Server*

230 N MARKET ST, WILM DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.